

ORIGINAL

FILED
07/06/2020
Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA
Case Number: DA 15-0427

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 15-0427

RICHARDS DEVELOPMENT COMPANY,
JOHN RICHARDS CONSTRUCTION
COMPANY and SEELEY LAKE READY
MIX COMPANY,

        Petitioners and Appellants,

v.

STATE OF MONTANA, DEPARTMENT
OF TRANSPORTATION,

        Respondent and Appellee.

FILED

JUL 06 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

This appeal has been pending since July 2015 and has never been briefed. On August 5, 2019, counsel for Petitioners and Appellants filed a status report indicating that the parties were working cooperatively to resolve the remaining issues, and that he would then file a motion to dismiss this appeal. Nothing further has been filed.

IT IS ORDERED that, within thirty days of the date of this Order, counsel for the Petitioners and Appellants shall file a report on the status of this appeal.

The Clerk is directed to provide a copy of this Order to all counsel of record.

DATED this _____ day of July, 2020.

For the Court,

By _____
Chief Justice